993 F.2d 1541
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
UNITED STATES of America, Plaintiff-Appellee,
v.
Pierre Meres RICHARD, Defendant-Appellant.
 No. 93-6193.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: May 3, 1993
Decided: May 27, 1993
 
 Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Robert R. Merhige, Jr., Senior District Judge, sitting by designation. (CR-87-98, CA-92-16-E)
 Pierre Meres Richard, Appellant Pro Se.
 Thomas Oliver Mucklow, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.
 N.D.W.Va.
 AFFIRMED.
 Before RUSSELL and HALL, Circuit Judges, and SPROUSE, Senior Circuit Judge.
 PER CURIAM:
 
 OPINION
 
 1
 Pierre Meres Richard appeals from the district court's order refusing relief under 28 U.S.C. § 2255 (1988). Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. United States v. Richard, Nos. CR-87-98, CA-92-16-E (N.D.W. Va. Dec. 1, 1992). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED